# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANDRE HEAGGINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV419-024 |
| COI AISHA THOMAS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

# ORDER

This Court granted plaintiff Andre Heaggins permission to proceed *in forma pauperis* in his 42 U.S.C. § 1983 action, and ordered him to complete and return copies of his Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account forms. Doc. 8. He has only returned the Prisoner Trust Fund Account Statement. Doc. 9. Giving Heaggins the benefit of the doubt that his failure to return the Consent to Collection of Fees form was an oversight, the Court will give him more time to return that form. The Clerk is **DIRECTED** to serve plaintiff with an additional copy of the Consent to Collection of Fees form,

and plaintiff is **ORDERED** to return that form within thirty days of service of this Order.

**SO ORDERED**, this  25th  day of February, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA