IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANDRE HEAGGINS,

    Plaintiff,

v.

COI AISHA THOMAS; JOSE MORALES; THEODORE EMELLE; and GREGORY C. DOZIER;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-24

**O R D E R**

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 18, 2019 Report and Recommendation, (doc. 12), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DISMISSES** Warden Morales, Commissioner Dozier, and fellow inmate Emelle from the Complaint. The Court **DIRECTS** the Clerk of Court to terminate these Defendants on the docket of this case.

**SO ORDERED**, this 23rd day of April, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA