IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANDRE HEAGGINS,

    Plaintiff,

v.

COI AISHA THOMAS; JOSE MORALES; THEODORE EMELLE; and GREGORY C. DOZIER,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-24

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 18, 2019 Report and Recommendation, (doc. 22), to which Plaintiff has filed objections, (doc. 23). The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. Thus, Warden Morales and Commissioner Dozier remain dismissed from the Complaint. The case will proceed against Corrections Officer Aisha Thomas, and the original Complaint, (doc. 1), remains the operative Complaint.

**SO ORDERED**, this 20th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA