**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| ANDRE HEAGGINS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-24 |
| v. | |
| COI AISHA THOMAS, | |
| Defendant. | |

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 27, 2021, Report and Recommendation, (doc. 43), to which plaintiff has not filed an objection.  The Court **ADOPTS** the Report and Recommendation as its opinion.  For the reasons discussed by the Magistrate Judge, the Court **DENIES** Plaintiff's Amended Motion for Summary Judgment, (doc. 30), and **DENIES**, without prejudice, Plaintiff's Motions for Default Judgment, (docs. 32, 33, 35).

**SO ORDERED**, this 14th day of September, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA