IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDRE HEAGGINS,<br><br>      Plaintiff,<br><br>v.<br><br>COI AISHA THOMAS,<br><br>      Defendant. | CIVIL ACTION NO.: 4:19-cv-24 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 13, 2022, Report and Recommendation, (doc. 61), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Amended Complaint, (doc. 51), is **DISMISSED, WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA